### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN SHURELDS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 25-cv-1550 |
| SAFECO INSURANCE, | : | |
| a/k/a LIBERY MUTUAL | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 29th day of July 2025, upon consideration of Defendant's Motion to Dismiss (Doc. 8), and Plaintiff's Response in Opposition (Doc. 12), it is hereby **ORDERED** that Defendant's motion is **GRANTED** for the reasons stated in the accompanying memorandum. Plaintiff's bad faith insurance practice claim (Count I) is **DISMISSED** without prejudice. Plaintiff's fraudulent misrepresentation claim (Count II) and negligence claim (Count III) are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint amending Count I in accordance with the accompanying memorandum no later than September 29, 2025.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE