IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN SHURELDS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 25-cv-1550 |
| | : | |
| SAFECO INSURANCE COMPANY | : | |
| OF AMERICA | : | |
| *a/k/a* LIBERTY MUTUAL, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 11th day of February 2026, upon consideration of Defendant Safeco's

Motion to Dismiss Plaintiff's Second Amended Complaint (Docs. 74 & 75), Plaintiff's Response

in Opposition to Defendant's Motion to Dismiss (Doc. 76), "Plaintiff's Opposition to

Defendant's Motion to Dismiss Plaintiff's Second Amended . . . Complaint" (Doc. 78),

Defendant's Response in Support of its motion (Doc. 79), Plaintiff's Rebuttal to Defendant

Safeco Insurance Company of America's Reply in Support of Motion to Dismiss Second

Amended Complaint (Doc. 81), and Plaintiff's Addendum in Support of Prior Request to Deny

Defendant's Motion to Dismiss (Doc. 89);

It is hereby **ORDERED** that:

1.     Defendant's motion to dismiss Plaintiff's Second Amended Complaint (Docs. 74,

75) is **GRANTED** for the reasons stated in the accompanying memorandum.

2.     Plaintiff's Second Amended Complaint (Doc. 69) is **DISMISSED** with prejudice.

3.     **JUDGMENT** is entered in favor of the Defendants.

4.     All other deadlines are **TERMINATED**.

5.     The Clerk of Court is **DIRECTED** to **CLOSE** this case for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge